# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 20, 2019

## NO. 03-17-00695-CR

**Sarah Christine Padon, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED ON MOTION FOR REHEARING --
## OPINION BY JUSTICE SMITH

This is an appeal from the judgment of conviction entered by the trial court. The Court's opinion and judgment dated July 31, 2019, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment as follows: to reflect that the "Date Judgment Entered" was September 21, 2017. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.